UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNI D. SMULLINS/CRAFT　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #42496

V.　　　　　　　　No. 3:21-CV-00034-DPM-JTR

KEITH BOWERS, Administrator, Craighead
County Detention Center; CRAIGHEAD
COUNTY DETENTION CENTER　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

In this *pro se* § 1983 action, Plaintiff Johni D. Smullins/Craft ("Smullins/Craft"), then a pretrial detainee at the Craighead County Detention Center ("CCDC"), alleges that Defendants violated her constitutional rights. *Doc. 2.*

For the reasons explained in the Partial Recommended Disposition that was entered separately today, the Court concludes, *for screening*[1] *purposes only*, that

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. *Id.* § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011). Finally, a *pro se* complaint must be "liberally construed" and "held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Smullins/Craft has pled a plausible conditions of confinement claims against Defendant Keith Bowers, the CCDC administrator. Accordingly, service will be ordered on Bowers.

IT IS THEREFORE ORDERED THAT the Clerk is directed to prepare a summons for Bowers. The United States Marshal is directed to serve the Complaint (*Doc. 2*), the Court's Partial Recommended Disposition and this Order, on him at the Craighead County Detention Center, without prepayment of fees and costs or security therefor.[2]

DATED this 6th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2]If Bowers is no longer a CCDC employee, the individual responding to service must file a **sealed** statement providing Bowers's last known private mailing address.