UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNI DANIELLE SMULLINS/CRAFT　　　　　　　　　　PLAINTIFF
#42496

V.　　　　　　　No. 3:21-cv-34-DPM-JTR

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center; and
CRAIGHEAD COUNTY DETENTION CENTER　　　　DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Smullins/Craft hasn't updated her address with the Clerk; instead, her mail is still being returned undelivered. *Doc. 9, 11, 15 & 16*. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). Partial recommendation, *Doc. 6*, declined without prejudice as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 May 2021