UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNI DANIELLE SMULLINS/CRAFT							PLAINTIFF
#42496

V.				No. 3:21-cv-34-DPM-JTR

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center; and
CRAIGHEAD COUNTY DETENTION CENTER				DEFENDANTS

## JUDGMENT

Smullins/Craft's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2021