UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOHNI DANIELLE SMULLINS/CRAFT          PLAINTIFF
ADC #754547

V.                  No. 3:21-cv-34-DPM-JTR

KEITH BOWERS, Jail Administrator,
Craighead County Detention Center, and
CRAIGHEAD COUNTY DETENTION CENTER     DEFENDANTS

ORDER

Smullins/Craft's motion for clarification, *Doc. 21*, is granted. The Prison Litigation Reform Act requires that all prisoners who file a lawsuit *in forma pauperis* make monthly installment payments from their prisoner account. 28 U.S.C. § 1915(b). It doesn't allow the Court to defer payment; and a prisoner must pay the filing fee even if the lawsuit is later dismissed. The embedded request to defer payment until release is therefore denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 July 2021